VAIRIN ET AL. *vs.* PALMER.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

The plea of the general issue admits the signature of the maker of the note sued on.

When there is no defence, the judgment on appeal will be affirmed with the maximum of damages.

The defendant, Therese Palmer, is sued as maker of a promissory note, signed in her name by A. W. L. Palmer, as attorney in fact. She put in her plea of the general issue, by her attorney in fact, and there was a verdict and judgment against her, from which, by counsel, she appealed.

*Jones*, for the plaintiffs, urged the affirmance of the judgment, with ten per cent damages.

The case was submitted, and tried *ex parte*.

*Martin, J.*, delivered the opinion of the court.

This is an action on a note of hand, to which the defendant pleaded the general issue. This plea admitted the signature of the maker of the note, and there was a verdict and judgment for the plaintiffs.

The defendant appealed. No counsel appeared in this court on the part of the appellant. The plaintiffs pray the affirmance of the judgment with damages, as for a frivolous appeal.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs, and ten per cent. damages.